TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00619-CV

Judi Bender Scruggs, Appellant

v.

Texas Commerce Bank National Association, Administrator with Will Attached of the Estate

of Claude R. Scruggs, Deceased, and R. Al Leach, Appellee

FROM THE COUNTY COURT OF COMAL COUNTY

NO. 88-PC-8498, HONORABLE C. W. DUNCAN, JR., JUDGE PRESIDING 

PER CURIAM

 The parties have filed a joint motion to dismiss the appeal because they have compromised
and settled all claims and disputes between them. Tex. R. App. P. 42.1(a)(1). We grant the motion. 

 The appeal is dismissed. We also dismiss the motion for extension of time to file the record.

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Joint Motion

Filed: November 6, 1997

Do Not Publish